IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02717-BNB

WISSAM HAMMOUD,

    Plaintiff,

v.

J. WANDS, Warden,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 5 2011

GREGORY C. LANGHAM
                CLERK

## ORDER DISMISSING CASE

Plaintiff, Wissam Hammoud, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Greenville Federal Correctional Institution in Greenville, Illinois. Mr. Hammoud initiated this action by filing a *pro se* "Motion to Compel CFR § 553.15" on November 1, 2010. By order dated November 5, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Hammoud to cure certain enumerated deficiencies in the Prisoner Complaint.

On December 29, 2010, Mr. Hammoud filed a letter with the Court requesting that his case be voluntarily dismissed. Fed. R. Civ. P. 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer or motion for summary judgment has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon

the filing of a written notice of dismissal, and no subsequent court order is necessary. See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of December 29, 2010. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of December 29, 2010, the date Plaintiff filed the Notice in this action. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  4th  day of      January      , 2011.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02717-BNB

Wissam Hammoud
Reg. No. 39876-018
FCI Greenville
PO Box 5000
Greenville, IL 62246

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 5, 2011.

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                Deputy Clerk